# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No.: CR-20-234-SLP

Charging Document: **Indictment**   No. of Defendants: 2   Total No. of Counts: 13   Sealed: Y ☐

Forfeiture: Y ☑  N ☐   OCDETF: Y ☐  N ☑   Warrant: ☐   Summons: ☐   Notice: ☑   N ☑

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: **DEG**

| | |
|---|---|
| Name: **JUAN LU** | |
| Alias(es): Joann Lu | Address: Norman OK 73071 |
| | FBI No.: |
| DOB: 1963   SSN: XXX-XX-5441 | Race: Asian   Interpreter: Y ☐  N ☑ |
| Sex: M ☐  F ☑   Juvenile: Y ☐  N ☑ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☑ Not in Custody   ☐ Detention Requested   Complaint: Y ☑  N ☐

☑ Type of Bond: Unsecured

☐ In Custody at: _____

Inmate/Prisoner/Register No.: _____

Magistrate Judge Case No.: MJ- 20-209-P

Previously Detained: Y ☐  N ☑

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: William E. Lawler, III   AUSA: William E. Farrior
☐ CJA Panel   Address: 1825 Eye Street NW, Washington, D.C. 20006   Agent/Agency: FBI
☑ Retained   Phone: (202) 420-2200   Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | Not more than 20 years' imprisonment, $250,000 fine, or both; Not less than 3 years' supervised release; $100 special assessment. |
| 2-7 | 18 U.S.C. § 1343 | Wire Fraud | Not more than 20 years' imprisonment, $250,000 fine, or both; Not less than 3 years' supervised release; $100 special assessment. |
| 8 | 18 U.S.C. § 1001(a)(2)<br>18 U.S.C. § 2 | False Statements<br>Aiding and Abetting | Not more than 5 years' imprisonment, $250,000 fine, or both; Not less than 3 years' supervised release; $100 special assessment. |
| 9-12 | 18 U.S.C. § 1001(a)(3)<br>18 U.S.C. § 2 | False Documents<br>Aiding and Abetting | Not more than 5 years' imprisonment, $250,000 fine, or both; Not less than 3 years' supervised release; $100 special assessment. |

Signature of AUSA: s/William Farrior   Date: 09/16/2020

[CLEAR ALL]   [PRINT FORM]   3/19

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Name: **JUAN LU**

**CHARGING DETAILS (cont'd)** [Clear Section]

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 13 | 18 U.S.C. § 1028A(a)(1)<br>18 U.S.C. § 2 | Aggravated Identity Theft<br>Aiding and Abetting | 2 years imprisonment, served consecutively, $250,000 fine, or both; Not less than 1 year supervised release; $100 special assessment. |
| Forfeiture Allegations | 18 U.S.C. § 981(a)(1)(C)<br>18 U.S.C. § 982(a)(3)<br>28 U.S.C. § 2461(c) | Criminal Forfeiture | |

RECEIVED
SEP 1 6 2020
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

Signature of AUSA: __s/William Farrior__      Date: 09/16/2020

[CLEAR ALL]   [PRINT FORM]