# EXHIBIT 1

FD-597 (Rev. 4-13-2015)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 284G-OC-6428195

On (date): 5/29/2020

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Shaorong Liu

(Street Address) 212 Tisbury Rd

(City) Norman, OK

Description of Item(s): Lenovo thinkpad; bank documents; Apple Iphone with case; bank of America reciept; Attorney bill; Sandisk flashdrive; waters flashdrive; Netgear flashdrive; Sandisk flashdrive; wireless optical mouse USB; Cass flashdrive; Floppy disc; polymicro CD; Cricket SIM card; white Samsung Galaxy; black Samsung galaxy; Sony Camera; Dell laptop; Motorola Cellphone; torn up label; Gateway tower; warranty documents; Patent application; Lenovo laptop with charger; Microchem Solutions checks; notes; Passport; Voided checks; bank documents; Lenovo laptop; foreign bank paperwork; Google phone with case; HP Davillion tower; Sony Vaio tower; Dell laptop with charger; Dell Inspiron laptop; Macbook with charger (2); iphone; 3 Sandisk USB's; Passports; business documents; foreign language pamphlets; financial services invoice; Nasa paperwork; OU patent paperwork; US Currency $4700

ALS 5/29/2020

Received By: No one available (Signature)

Printed Name/Title:

Received From: _____ (Signature)

Printed Name/Title: Tim Doyle SA