# EXHIBIT 2



# UNITED STATES DEPARTMENT OF JUSTICE
## *TIMOTHY J. DOWNING*
UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF OKLAHOMA

210 PARK AVENUE, SUITE 400      OKLAHOMA CITY, OK 73102
PHONE: (405) 553-8700      FAX: (405) 553-8888

January 11, 2021

Jimmy Xu
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022

    RE:    *United States v. Shaorong Liu*, No. 20-234 (W.D. Okla.)

Dear Mr. Xu:

    Enclosed is a hard drive containing several folders of discovery for the above-referenced case. The following folders contain native images, text and load files as described in the following table:

| FBI Number | Folder Name | Description | Begin Bates | End Bates |
|---|---|---|---|---|
| Various | DVD RW Reading | Previously produced documents | LIU_000000001 | LIU_000028624 |
|  | OCC800099 My Passport WD | Liu OU Emails | LIU_000028625 | LIU_000207889 |
| 1B112 | OCC300111 Logical MacBook A1297 | Apple MacBook A1297 | LIU_300111_000000001 | LIU_300111_000231975 |
| 1B166 | OCC300122 Desktop with Thermaltake case | Desktop computer with Thermaltake case | LIU_300122_000000001 | LIU_300122_000150276 |
| 1B166 | OCC300123 Desktop with Thermaltake case | Desktop computer with Thermaltake case | LIU_300123_000000001 | LIU_300123_000125720 |
| 1B78 | OCC800213 Lenovo Thinkpad | Lenovo Thinkpad | LIU_ 800213_000000001 | LIU_ 800213_000410771 |
| Various | LIU Scanned Documents | Scanned images of select hard copy documents | SW_000000001 | SW_000016925 |

    The folders named "Photo Disk 1" and "Photo Disk 2" contain pictures of devices seized by investigators. I direct you to files named "Digital Items List Disk 1.xlsx" and "Digital Items List Disk 2.xlsx" in the respective Photo Disk folders, which contain an index and a description of devices.

The remaining folders in the hard drive are labeled by Unique Identifier numbers beginning "OCC" contain digital images of various devices. You may use the Unique Identifier number and the Digital Items List to determine from which device images were made.

In particular, the images produced on this hard drive have device identifier numbers: OCC300105, OCC300107, OCC300109, OCC300111, OCC300122, OCC300123, OCC300149, OCC300150, OCC300152, OCC400156, OCC300160, OCC300174, OCC300175, OCC300176, OCC300177, OCC300178, OCC300179, OCC300180, OCC300181, OCC300185, OCC800213, OCC800215, OCC800216, OCC800217, OCC800276, OCC800280, OCC800282, OCC800283, OCC800286, OCC800289, OCC800302, OCC800303, OCC800304, OCC800305, OCC800306, OCC800307, OCC800308, OCC800309.

Should you need assistance accessing digital images of devices, we are prepared to assist you.

We have another group of device images which we hope to be able to provide you shortly.

Please do not hesitate to let me know if you have any questions. Thank you for your attention to this matter.

                                        Sincerely yours,

                                        TIMOTHY J. DOWNING
                                        United States Attorney

                                        s/ William E. Farrior

                                        WILLIAM FARRIOR
                                        Assistant U.S. Attorney

Enclosure:  WD Elements Hard Drive

CC (via email): Carlos Ortiz, Mayling Blanco, Lacey Stephenson, Bob Wyatt, William Lawler, Shawn Wright, Jane Thomas



# UNITED STATES DEPARTMENT OF JUSTICE
## TIMOTHY J. DOWNING
UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF OKLAHOMA

| 210 PARK AVENUE, SUITE 400 | OKLAHOMA CITY, OK 73102 |
|---|---|
| PHONE: (405) 553-8700 | FAX: (405) 553-8888 |

January 14, 2021

Jimmy Xu
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022

      RE:    *United States v, Shaorong Liu*, No, 20-234 (W.D, Okla.)

Dear Mr. Xu:

      Enclosed is a hard drive containing several folders of discovery for the above-referenced case.

      The United States previously produced folders named "Photo Disk 1" and "Photo Disk 2" contain pictures of devices seized by investigators. I direct you to files named "Digital Items List Disk 1.xlsx" and "Digital Items List Disk 2.xlsx" in the respective Photo Disk folders, which contain an index and a description of devices.

      The folders in the hard drive are labeled by Unique Identifier numbers beginning "OCC" contain digital images of various devices. You may use the Unique Identifier number and the Digital Items List to determine from which device images were made.

      The images produced on this hard drive have device identifier numbers: OCC300125, OCC300151, OCC300153, OCC300158, OCC300159, OCC300172, OCC300173, OCC300187, OCC300188, OCC300190, OCC300192, OCC300195, OCC300196, OCC300199, OCC300200, OCC300204, OCC300205, OCC300206, OCC300207, OCC300208, OCC300210, OCC300211, OCC300213, OCC300216, OCC300220, OCC300222, OCC300224, OCC300226, OCC300228, OCC300229, OCC300230, OCC300231, OCC300234, OCC300236, OCC300238, OCC300239, OCC300240, OCC300241, OCC300242, OCC300243, OCC300244, OCC300245, OCC300246, OCC300247, OCC300248, OCC300249, OCC300250, OCC300251, OCC300252, OCC300253, OCC300254, OCC300255, OCC300256, OCC300257, OCC300258, OCC300259, OCC300260, OCC300261, OCC300262, OCC300263, OCC300264, OCC300265, OCC300266, OCC300267, OCC300268, OCC300269,

OCC300270, OCC300271, OCC300272, OCC300273, OCC300275, OCC800217_logical, OCC800277, OCC800278, OCC800279, OCC800281, OCC800285, OCC800288, OCC800291, OCC800292 - SIM for 800291, OCC800297, OCC800299, OCC800301, OCC800311, OCC800312, OCC800313, OCC800314, OCC800315, OCC800316, OCC800317, OCC800318, OCC800319, OCC800320, OCC800321, OCC800322, OCC800323, OCC800324, OCC800325, OCC800326, OCC800327, OCC800328, OCC800329, OCC800330, OCC800331, OCC800332, OCC800334, OCC800335, OCC800336, OCC800337, OCC800338, OCC800339, OCC800340, OCC800342, OCC800343, OCC800344, OCC800345, OCC800346, OCC800350, OCC800351, OCC800352, OCC800353, OCC800354, OCC800355, OCC800356, OCC800358, OCC800361, OCC800362, OCC800363 - SIM for 800362, OCC800364, OCC800366, OCC800367.

Should you need assistance accessing digital images of devices, we are prepared to assist you.

Please do not hesitate to let me know if you have any questions. Thank you for your attention to this matter.

Sincerely yours,

TIMOTHY J. DOWNING
United States Attorney

s/ William E. Farrior

WILLIAM FARRIOR
Assistant U.S. Attorney

Enclosure:  WD Elements Hard Drive

CC (via email): Carlos Ortiz, Mayling Blanco, Lacey Stephenson, Bob Wyatt, William Lawler, Shawn Wright, Jane Thomas