
Court

RECEIVED
FEB 18 2021
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No.: CR-20-234-SLP

Charging Document: **SS Indictment**   No. of Defendants: **2**   Total No. of Counts: **16**   Sealed: Y ☐

Forfeiture: Y ☑  N ☐   OCDETF: Y ☐  N ☑   Warrant: ☐   Summons: ☐   Notice: ☑   N ☑

Companion Case No. (if any): _____

### DEFENDANT INFORMATION:   By: DEG

| | |
|---|---|
| Name: JUAN LU | FEB 18 2021 |
| Alias(es): Joann Lu | Address: Norman OK 73071 |
| | FBI No.: |
| DOB: 1963 | SSN: XXX-XX-5441 | Race: Asian | Interpreter: Y ☐  N ☑ |
| Sex: M ☐  F ☑ | Juvenile: Y ☐  N ☑ | Language/Dialect: English | |

### DEFENDANT STATUS/RECOMMENDATION:
☑ Not in Custody   ☐ Detention Requested
☑ Type of Bond: Unsecured
☐ In Custody at: _____
Inmate/Prisoner/Register No.: _____

### PRIOR MAGISTRATE JUDGE PROCEEDINGS:
Complaint: Y ☐   N ☑
Magistrate Judge Case No.: MJ-
Previously Detained: Y ☐   N ☐

### ATTORNEY/AGENCY INFORMATION:

☐ Public Defender   ☐ CJA Panel   ☑ Retained
Name: William E. Lawler, III
Address: 1825 Eye Street NW, Washington, D.C. 20006
Phone: (202) 420-2200

AUSA: William E. Farrior
Agent/Agency: FBI
Local Officer/Agency: _____

### CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | Not more than 20 years' imprisonment, $250,000 fine, or both; Not less than 3 years' supervised release; $100 special assessment. |
| 2-7 | 18 U.S.C. § 1343 | Wire Fraud | Not more than 20 years' imprisonment, $250,000 fine, or both; Not less than 3 years' supervised release; $100 special assessment. |
| 8 | 18 U.S.C. § 1001(a)(2)<br>18 U.S.C. § 2 | False Statements<br>Aiding and Abetting | Not more than 5 years' imprisonment, $250,000 fine, or both; Not less than 3 years' supervised release; $100 special assessment. |
| 9-12 | 18 U.S.C. § 1001(a)(3)<br>18 U.S.C. § 2 | False Documents<br>Aiding and Abetting | Not more than 5 years' imprisonment, $250,000 fine, or both; Not less than 3 years' supervised release; $100 special assessment. |

Signature of AUSA: s/William E. Farrior   Date: 02/18/2021

3/19

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Name: **JUAN LU**

### CHARGING DETAILS (cont'd)

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 13 | 18 U.S.C. § 1028A(a)(1)<br>18 U.S.C. § 2 | Aggravated Identity Theft<br>Aiding and Abetting | 2 years imprisonment, served consecutively, $250,000 fine, or both; Not less than 1 year supervised release; $100 special assessment. |
| Forfeiture Allegations | 18 U.S.C. § 981(a)(1)(C)<br>18 U.S.C. § 982(a)(3)<br>28 U.S.C. § 2461(c) | Criminal Forfeiture | |

Signature of AUSA: __s/William E. Farrior__                  Date: 02/18/2021