Court **CRIMINAL COVERSHEET**
**U.S. District Court, Western District of Oklahoma**

RECEIVED
FEB 18 2021
Clerk, U.S. District Court
WEST. DIST. OF OKLA.

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No.: CR-20-234-SLP

Charging Document: **SS Indictment**   No. of Defendants: 2   Total No. of Counts: 16   Sealed: Y ☐

Forfeiture: Y ☑  N ☐   OCDETF: Y ☐  N ☑   Warrant: ☐   Summons: ☐   Notice: ☑   N ☑

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: DEG

| Name: SHAORONG LIU | FEB 18 2021 |
|---|---|
| Alias(es): | Address: Norman OK 73071 |
|  | FBI No.: |
| DOB: 1962 | SSN: XXX-XX-2457 | Race: Asian | Interpreter: Y ☐  N ☑ |
| Sex: M ☑  F ☐ | Juvenile: Y ☐  N ☑ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☑ Not in Custody   ☐ Detention Requested   Complaint: Y ☐  N ☑
☑ Type of Bond: Unsecured
☐ In Custody at: _____   Magistrate Judge Case No.: MJ-
Inmate/Prisoner/Register No.: _____   Previously Detained: Y ☐  N ☐

**ATTORNEY/AGENCY INFORMATION:**

| ☐ Public Defender | Name: Carlos F. Ortiz | AUSA: William E. Farrior |
| ☐ CJA Panel | Address: 1301 Avenue of the Americas, New York, New York 10019 | Agent/Agency: FBI |
| ☑ Retained | Phone: (212) 318-3320 | Local Officer/Agency: |

**CHARGING DETAILS**

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | Not more than 20 years' imprisonment, $250,000 fine, or both; Not less than 3 years' supervised release; $100 special assessment. |
| 2-7 | 18 U.S.C. § 1343 | Wire Fraud | Not more than 20 years' imprisonment, $250,000 fine, or both; Not less than 3 years' supervised release; $100 special assessment. |
| 8 | 18 U.S.C. § 1001(a)(2)<br>18 U.S.C. § 2 | False Statements<br>Aiding and Abetting | Not more than 5 years' imprisonment, $250,000 fine, or both; Not less than 3 years' supervised release; $100 special assessment. |
| 9-12 | 18 U.S.C. § 1001(a)(3)<br>18 U.S.C. § 2 | False Documents<br>Aiding and Abetting | Not more than 5 years' imprisonment, $250,000 fine, or both; Not less than 3 years' supervised release; $100 special assessment. |

**Signature of AUSA:** s/William E. Farrior   **Date:** 02/18/2021

3/19

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Name: **SHAORONG LIU**

### CHARGING DETAILS (cont'd)

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 13 | 18 U.S.C. § 1028A(a)(1)<br>18 U.S.C. § 2 | Aggravated Identity Theft<br>Aiding and Abetting | 2 years imprisonment, served consecutively, $250,000 fine, or both; Not less than 1 year supervised release; $100 special assessment. |
| 14-15 | 18 U.S.C. § 1343 | Wire Fraud | Not more than 20 years' imprisonment, $250,000 fine, or both; Not less than 3 years' supervised release; $100 special assessment. |
| 16 | 18 U.S.C. § 1001(a)(2) | False Statements | Not more than 5 years' imprisonment, $250,000 fine, or both; Not less than 3 years' supervised release; $100 special assessment. |
| Forfeiture Allegations | 18 U.S.C. § 981(a)(1)(C)<br>18 U.S.C. § 982(a)(3)<br>28 U.S.C. § 2461(c) | Criminal Forfeiture | |

Signature of AUSA: s/William E. Farrior    Date: 02/18/2021