INTERVIEW OF **SHAORONG LIU**

May 29, 2020

**SPECIAL AGENT ERIK HALVORSON:** So I'm just going to go over this real quick. It is called the Advisement of Rights. So before we ask any questions or you make any statement, you must understand your rights. We want to make sure you know what those are; right?

**SHAORONG LIU:** I actually don't.

**SPECIAL AGENT ERIK HALVORSON:** Well, so there you go; this is a good thing for both of us; right?

**SHAORONG LIU:** Yeah, yeah.

**SPECIAL AGENT ERIK HALVORSON:** So you have the right to remain silent. That is, you can refuse to answer any questions at any time.  Anything you say can be used against you in a court of law or any other proceedings. You have the right to talk to an attorney for advice before answering any questions and to have the attorney with you at any questioning now or in the future.

**SHAORONG LIU:** I don't have any attorney right now.

**SPECIAL AGENT ERIK HALVORSON:** okay.

1      **SHAORONG LIU:** So am I going to have one?

2      **SPECIAL AGENT ERIK HALVORSON:** So that's totally your
3 choice. I think the important thing to remember is that,
4 um, like if we start talking to you, if at any time you
5 decide that you want an attorney, you can stop asking --
6 stop answering questions at any time and you can say, hey,
7 you know what guys, I think I just want to talk to an
8 attorney before I move forward with this. If you don't have
9 one right now, then certainly in the future you can get
10 one. That is totally up to you. It is totally your call.

11     **SHAORONG LIU:** So are you going to somehow get me one
12 or…

13     **SPECIAL AGENT ERIK HALVORSON:** No that would be.

14     **SHAORONG LIU:** I am just asking.

15     **SPECIAL AGENT ERIK HALVORSON:** No, sure. That would
16 certainly be up to you and, you know, there is financial
17 affidavits, if you cannot afford one, one can be presented,
18 one can be given to you.

19     **SHAORONG LIU:** Um hmm.

20     **SPECIAL AGENT ERIK HALVORSON:** But the big thing to
21 know is that is if you want an attorney, totally your

1  choice, totally optional. You just, we would have to talk
2  to you at a later date. So it is your responsibility to get
3  one, it is your responsibility to find one.
4  **SHAORONG LIU:** Okay.
5  **SPECIAL AGENT ERIK HALVORSON:** Let me just finish
6  reading this form for you real quick; so if you cannot
7  afford an attorney, one will be provided for you without
8  cost. If you decide to answer questions now, you have the
9  right to stop answering questions at any time that you
10 desire. So that is an important thing to remember. Uh and
11 then there's a wavier that just says I have read these
12 rights. I have had these rights read to me in the above
13 statement. As to my rights, I understand what my rights
14 are. I am willing to make a statement and answer questions.
15 I understand and know what I am doing. No promises have
16 been made to me. No threats have been made against me and
17 no pressure, coercion of any kind has been used against me.
18 So at this point, it is your choice. We would like to ask
19 you some questions and kind of understand a couple of
20 things, but it is totally your call. So do you want to talk
21 to us? Are you willing to talk to us today?

1    **SHAORONG LIU:** I would like to know what is happening.

2    **SPECIAL AGENT ERIK HALVORSON:** Sure. and that certainly
3    is something that we can get into. Unfortunately until you
4    have said like, yeah, I want to talk to you or no, I don't
5    want to talk to you, it is kind of hard for us to proceed.
6    It is just something that we have to do prior to like
7    really talking to you.

8    **SHAORONG LIU:** I can decide. I don't think this is
9    something --

10   **SPECIAL AGENT ERIK HALVORSON:** Sure, just print your
11   name right there.

12   **SHAORONG LIU:** Did you let my university know this or
13   have you talked with them?

14   **SPECIAL AGENT ERIK HALVORSON:** No, I have not talked to
15   your university.

16   **SHAORONG LIU:** So I am just wondering whether our
17   university would have university attorney, and I don't
18   think they do, but I may need to have a private one, you
19   know, because under this, I have no clue. I never had a
20   lawyer, so maybe some advice would help me.

1   **SPECIAL AGENT ERIK HALVORSON:** Sure, so are you saying

2   you would like an attorney? I guess I am confused about

3   what you are saying.

4   **SHAORONG LIU:** I like you guys to maybe somehow get me

5   an attorney to give me some advice.

6   **SPECIAL AGENT ERIK HALVORSON:** Okay, so like I said

7   earlier, we are actually not responsible for getting you an

8   attorney.

9   **SHAORONG LIU:** Oh, okay.

10  **SPECIAL AGENT ERIK HALVORSON:** If you would like an

11  attorney, certainly.

12  **SHAORONG LIU:** You said if I don't have the money to

13  pay for it, you would be able to give me one?

14  **SPECIAL AGENT ERIK HALVORSON:** Sure.

15  **SHAORONG LIU:** Is that you or --

16  **SPECIAL AGENT ERIK HALVORSON:** No, that can't happen

17  today. That has to go through the actual legal process. So

18  you'd have to fill out some affidavits about what your

19  financial situation is and then they make a determination

20  if you have the money to pay for an attorney or not. And if

21  they say no, you cannot pay for one, then they will provide

1  one to you. That's kind of how that process works. But
2  again, I just want to be clear. Are you asking for an
3  attorney right now? Or are you saying you are willing to
4  talk to us, because earlier you said you wanted to talk and
5  now you are saying. I just want to make sure I am
6  understanding.
7  **SHAORONG LIU:** Yeah, I – I -- it seems like it is
8  pretty serious, so I would like to maybe get some idea what
9  is happening.
10 **SPECIAL AGENT ERIK HALVORSON:** Sure.
11 **SHARONG LIU:** And I want to see what, you know, if
12 something I have done wrong, I want to know what I have
13 done wrong and then I will totally make that assessment of
14 whether I will just say or whatever, if I have done
15 something wrong or just take a responsibility.
16 **SPECIAL AGENT ERIK HALVORSON:** Sure.
17 **SHARONG LIU:** Or, if I haven't done anything wrong…
18 **SPECIAL AGENT ERIK HALVORSON:** Oh absolutely.
19 **SHAORONG LIU:** And then maybe I will say, you know –
20 **SPECIAL AGENT ERIK HALVORSON:** Sure.
21 **SHAORONG LIU:** I need some help.

1    **SPECIAL AGENT ERIK HALVORSON:** As you can see, I
2    brought some paperwork here that I have tabbed. We are
3    really just trying to get some understanding of that. That
4    is kind of like where we are coming from and what we are
5    trying to get some knowledge of.
6    **SHAORONG LIU:** Okay, I, I, in that case, I I probably
7    don't really need an attorney. I think I can answer the
8    questions.
9    **SPECIAL AGENT ERIK HALVORSON:** Okay, perfect, yeah,
10   that would be great. So I think we are, are they still
11   searching, are they clear?
12   **SPECIAL AGENT CHARLES STANLEY:** I think what they are
13   going to do, I think they're making sure that we have a
14   space to be able to sit down and talk.
15   **SHAORONG LIU:** So here inside the car.
16   **SPECIAL AGENT CHARLES STANLEY:** We'll go talk inside
17   the house. Somewhere we can sit down and all be a little
18   bit more comfortable.
19   **SHAORONG LIU:** Okay, sure, sure, sure, okay, yeah.
20   **SPECIAL AGENT CHARLES STANLEY:** I will go look and make
21   sure --

1      **SHAORONG LIU:** So that is just the common.

2      **SPECIAL AGENT ERIK HALVORSON:** Okay.  some of the other

3   questions we had about the grant are specifically like the

4   incurred costs or the costs that you had that you incurred

5   while you were working on these grants. It seems that they

6   keep getting changed, like you will submit one thing and

7   then you will submit another thing and then it will change

8   it and then you'll change it back again, so it has been

9   really confusing, I guess, for our grant officers to kind

10  of say like, hey, what's going on with this stuff.  You

11  know, why does it keep changing all of his incurred costs,

12  um, you know, for both the SVIR program and the STTR

13  program?  You know, you're not supposed to spend the money

14  until you've incurred the costs. It is supposed to be a

15  cost reimbursable contract; so what we are trying to

16  understand, I guess, is, like, did you incur the costs

17  first or, like --

18     **SHAORONG LIU:** Yeah, that's actually kind of a mess I

19  have to agree, because we, you know, we don't have, you

20  know, it is not like a regular business.  It is award

21  handled by me and my wife, and at a certain time I spent

1   **SHAORONG LIU:** Not prestigious. No. Yeah, it is a

2   university but a good university.

3   **SPECIAL AGENT ERIK HALVORSON:** Yeah, absolutely.

4   **SPECIAL AGENT CHARLES STANLEY:** Do you have your cell

5   phone on you?

6   **SHAORONG LIU:** Yes.

7   **SPECIAL AGENT CHARLES STANLEY:** Okay, I'm sorry. We

8   need to be able to get that. Is it password protected?

9   **SHAORONG LIU:** Oh yeah, it is password protected. I

10  have a student calling me, do you want me to?

11  **SPECIAL AGENT CHARLES STANLEY:** No don't answer it

12  right now.

13  **SHAORONG LIU:** Okay.

14  **SPECIAL AGENT CHARLES STANLEY:** If you could go ahead

15  decline and is there a password for it?

16  **SHAORONG LIU:** Yeah.

17  **SPECIAL AGENT CHARLES STANLEY:** And what is the actual

18  password for it.

19  **SPECIAL AGENT ERIK HALVORSON:** Like the Pin?

20  **SHAORONG LIU:** It is ▇▇▇▇ .

21  **SPECIAL AGENT CHARLES STANLEY:** Okay. Thank you.

1      **SHAORONG LIU:** Yeah, yeah.

2      **SPECIAL AGENT CHARLES STANLEY:** Were any of those funds

3   tied to any of the grants?

4      **SHAORONG LIU:** No, no, no, not at all. Only that one,

5   because I feel the business need to have a car, so.

6      **SPECIAL AGENT ERIK HALVORSON:** So the Toyota was used

7   from grant funds?

8      **SHAORONG LIU:** Yeah.

9      **SPECIAL AGENT ERIK HALVORSON:** Okay, but not the Range

10  Rover. Okay, yeah, I mean, I think we are good.

11     **SPECIAL AGENT CHARLES STANLEY:** Yeah that is it. Um I

12  will tell you what if you want to give me just a minute, I

13  want to go check and see how things are going.

14     **SHAORONG LIU:** It would be good to have my cell phone

15  back.

16     **SPECIAL AGENT CHARLES STANLEY:** So here is the

17  situation.  As a part of this uh, we are not going to, we

18  are going to be taking you with us; so you're actually

19  going to be under arrest --

20     **SHAORONG LIU:** Oh.

21     **SPECIAL AGENT CHARLES STANLEY:** -- for this and all of

1  this will be explained to you in further detail as you, you

2  know, go through the process, but basically we are going to

3  be taking you with us and we are going to be going to the

4  Marshals office.

5      **SHAORONG LIU:** Okay, okay so seems like it is seriouser

6  than I thought.

7      **SPECIAL AGENT CHARLES STANLEY:** It is serious, but

8  again, as he explained, this is definitely, it's a process

9  and it is definitely something that you can get --

10     **SHAORONG LIU:** You do whatever you do.

11     **SPECIAL AGENT CHARLES STANLEY:** Okay.

12     **SHAORONG LIU:** I will be cooperating.            1:27:10.1

13     **SPECIAL AGENT CHARLES STANLEY:** Okay, so what we are

14  going to do is before we go to the Marshal Service, we are

15  going to make sure that you are as comfortable as possible,

16  because it can be a little cold in their holding cell; So I

17  would want to make sure that you don't have anything on you

18  in terms of, like, are you wearing a belt right now?

19     **SHAORONG LIU:** No, well, I have a belt.

20     **SPECIAL AGENT CHARLES STANLEY:** So we'll definitely, we

21  are going to take your belt off.

1   that we're protecting the property and the resources and

2   the money related to our individual agencies. So that is

3   kind of our thing. So I have been on this side of the

4   table quite a few times with the SBIR, STTR program and um

5   it is, it happens sometimes people get into some bad spots

6   and this is just kind of what has to happen.

7      **SPECIAL AGENT CHARLES STANLEY:** I actually do have a

8   couple more questions. So some of the computer equipment

9   that you have, like the MacBook, the passwords for them? Do

10  you have the passwords?

11     **SHAORONG LIU:** Yeah, okay, for that one it's, I think I

12  use fingerprint.

13     **SPECIAL AGENT CHARLES STANLEY:** Yeah, sure.

14     **SHAORONG LIU:** I know one I remember one it is like

15  ▇▇▇▇.

16     **SPECIAL AGENT ERIK HALVORSON:** Just for a friend.

17     **SHAORONG LIU:** ▇▇▇▇▇▇▇.

18     **SPECIAL AGENT ERIK HALVORSON:** Oh, fun, ▇▇▇▇▇▇.

19  All lowercase?

20     **SHAORONG LIU:** Yeah, number 4.

21     **SPECIAL AGENT CHARLES STANLEY:** ▇▇▇▇▇, like that?

SHAORONG LIU
(05/29/2020)                                                                 106

1    SHAORONG LIU: Yeah.

2    SPECIAL AGENT CHARLES STANLEY: Okay.

3    SHAORONG LIU: For the, I think that is for the bigger
4 one.

5    SPECIAL AGENT CHARLES STANLEY: For the Mac?

6    SHAORONG LIU: Yeah, I have two laptops right. So that
7 is for one.  the other one, the other one I don't remember,
8 I use fingerprint a lot. Oh, it is also I think, I have a
9 ▇▇▇▇

10   SPECIAL AGENT CHARLES STANLEY: Okay, ▇▇▇▇

11   SHAORONG LIU:  That is for one password.

12   SPECIAL AGENT ERIK HALVORSON: That is for one password
13 and the second password has a capital.

14   SHAORONG LIU: Yeah, ▇▇, ▇▇▇▇▇, and it is also
15 ▇▇▇▇▇▇▇▇▇▇▇.

16   SPECIAL AGENT CHARLES STANLEY: ▇▇▇▇▇▇?

17   SHAORONG LIU: Yeah.

18   SPECIAL AGENT CHARLES STANLEY: Okay, are there any
19 other passwords for any other?

20   SHAORONG LIU: I don't use any.

21   SPECIAL AGENT CHARLES STANLEY: You just use those two

1   Mac Books.

2       **SHAORONG LIU**: Yeah, Mac Books, yeah, because I mean,
3   otherwise I would have – it's just the university is closed
4   so I took it home.

5       **SPECIAL AGENT CHARLES STANLEY**: Sure.  And for the lab
6   equipment so in here, so what I guess type of work are you
7   doing in the lab here?  What type of experiments or
8   research are you doing here?

9       **SHAORONG LIU**: We tried to actually to do some of the
10  DOE, (shuffling, inaudible)test of the micro, yeah.

11      **SPECIAL AGENT CHARLES STANLEY**: Okay.

12      **SHAORONG LIU**: But we actually did not do that much.

13      **SPECIAL AGENT CHARLES STANLEY**: Okay, and is that --
14  what money did you use to buy that equipment?

15      **SHAORONG LIU**: I certainly used some of the DOE.  I
16  don't remember exactly yeah.

17      **SPECIAL AGENT ERIK HALVORSON**: It is kind of a mix like
18  the rest of the stuff.

19      **SPECIAL AGENT CHARLES STANLEY**: Okay. Does any of that
20  equipment  -- does any of that equipment belong to OU, like
21  did you --